# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| NGO LOVE, LLC, | ) |
| Plaintiff, | ) ) ) |
| v. | ) ) Case No. CIV-23-734-J |
| BERKSHIRE HATHAWAY HOMESTATE INSURANCE COMPANY, | ) ) ) ) |
| Defendant. | ) ) |

## ORDER

Defendant moves for admission of Susan Allison Kidwell [Doc. No. 102] and Isabella Renee Arciba [Doc. No. 103] pro hac vice. The motions are GRANTED and Susan Allison Kidwell and Isabella Renee Arciba are admitted to practice before this Court for the limited purpose of participating in the case. Both attorneys must file an entry of appearance consistent with LCvR83.4 and should familiarize themselves with this Court's local and chamber rules.

IT IS SO ORDERED this 21st day of August, 2025.

BERNARD M. JONES
UNITED STATES DISTRICT JUDGE